**Exhibit A**

Table of Last-Observed Infringements by Defendants of Wicked Pictures's Copyright in the Motion Picture "Friends With Benefits," Copyright Reg. No. in process. Copyright Application Service Request No. 1-654788847 filed on 2011-08-30.

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.33.58.219 | 2011-11-30 22:27:10 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 2 | 108.33.67.43 | 2011-12-02 00:43:23 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 3 | 108.9.217.167 | 2011-10-15 15:33:47 -0400 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 4 | 173.103.175.90 | 2011-12-12 16:47:18 -0500 | Sprint PCS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 5 | 173.168.105.171 | 2011-11-07 16:31:21 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 6 | 173.168.79.227 | 2011-12-03 21:45:25 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 7 | 173.170.134.1 | 2011-12-10 22:07:26 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 8 | 173.170.177.146 | 2011-12-09 17:20:22 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 9 | 173.171.10.182 | 2011-11-09 03:51:14 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 10 | 173.171.32.185 | 2011-11-01 04:02:15 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 11 | 173.171.4.40 | 2011-12-09 02:11:25 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 12 | 173.6.84.184 | 2011-11-28 17:24:52 -0500 | Sprint PCS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 13 | 173.65.102.20 | 2011-12-09 19:38:43 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 14 | 173.65.195.139 | 2011-11-15 11:00:45 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 15 | 173.65.195.236 | 2011-11-28 12:34:51 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 16 | 173.78.214.154 | 2011-11-08 19:14:52 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 17 | 173.78.53.73 | 2011-11-17 11:32:16 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 18 | 174.48.118.104 | 2011-10-22 23:21:50 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 19 | 184.246.209.133 | 2011-11-04 19:24:49 -0400 | Sprint PCS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 20 | 184.88.149.37 | 2011-12-04 18:45:17 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 21 | 184.88.228.149 | 2011-11-05 18:52:20 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 22 | 184.91.194.3 | 2011-11-28 19:20:36 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 23 | 184.91.67.220 | 2011-11-25 12:50:41 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 24 | 216.186.132.167 | 2011-12-08 11:14:12 -0500 | Knology | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 25 | 24.26.10.84 | 2011-11-03 22:05:14 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 26 | 24.26.74.35 | 2011-12-10 08:14:57 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 27 | 24.92.9.31 | 2011-12-08 17:52:33 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |

| Doe 28 | 24.96.199.197 | 2011-12-07 13:12:40 -0500 | Knology | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| --- | --- | --- | --- | --- | --- |
| Doe 29 | 65.32.212.139 | 2011-11-06 18:56:46 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 30 | 66.176.224.37 | 2011-10-27 04:23:12 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 31 | 66.229.16.239 | 2011-10-15 22:35:39 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 32 | 67.78.144.14 | 2011-12-04 11:29:25 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 33 | 67.8.135.36 | 2011-11-09 21:11:12 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 34 | 67.8.15.126 | 2011-11-15 10:31:12 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 35 | 68.1.43.140 | 2011-12-10 16:31:11 -0500 | COX COMMUNICATIONS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 36 | 68.202.109.134 | 2011-11-20 14:50:51 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 37 | 68.42.50.42 | 2011-10-19 21:32:20 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 38 | 69.73.42.98 | 2011-11-22 09:15:34 -0500 | Knology | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 39 | 70.10.233.22 | 2011-12-12 13:52:00 -0500 | Sprint PCS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 40 | 70.119.152.225 | 2011-12-10 10:35:41 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 41 | 70.119.205.143 | 2011-12-09 17:09:13 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 42 | 70.126.113.33 | 2011-10-10 21:10:05 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 43 | 70.126.158.73 | 2011-11-13 23:14:56 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 44 | 70.126.220.162 | 2011-11-06 19:12:42 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 45 | 71.100.143.67 | 2011-12-12 13:49:09 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 46 | 71.180.163.78 | 2011-12-04 21:48:51 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 47 | 71.196.80.42 | 2011-10-28 16:23:23 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 48 | 71.43.105.4 | 2011-12-08 16:22:07 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 49 | 72.184.198.134 | 2011-11-20 22:33:25 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 50 | 72.185.159.214 | 2011-10-22 23:56:47 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 51 | 72.185.222.231 | 2011-12-10 10:19:49 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 52 | 72.187.193.9 | 2011-11-26 11:58:25 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 53 | 72.189.204.234 | 2011-11-17 01:41:14 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 54 | 72.205.216.32 | 2011-11-27 21:33:29 -0500 | COX COMMUNICATIONS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 55 | 72.213.203.192 | 2011-11-06 17:39:40 -0500 | COX COMMUNICATIONS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 56 | 72.91.3.47 | 2011-11-30 20:52:58 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 57 | 75.202.33.50 | 2011-12-09 05:22:16 -0500 | Cellco Partnership DBA Verizon Wireless | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 58 | 76.106.128.249 | 2011-10-25 05:09:43 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 59 | 76.106.153.207 | 2011-10-20 20:48:12 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 60 | 76.108.14.27 | 2011-10-16 14:09:43 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 61 | 76.109.102.162 | 2011-10-18 07:15:11 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 62 | 76.109.152.79 | 2011-10-20 20:14:50 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 63 | 76.110.24.248 | 2011-10-22 23:07:42 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |

| | | | | | |
|---|---|---|---|---|---|
| Doe 64 | 76.26.41.79 | 2011-10-29 01:19:56 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 65 | 76.73.222.155 | 2011-11-30 10:21:53 -0500 | Knology | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 66 | 96.228.179.24 | 2011-12-05 00:51:01 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 67 | 96.243.197.40 | 2011-11-02 14:49:56 -0400 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 68 | 96.252.128.128 | 2011-12-11 10:51:33 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 69 | 96.254.195.219 | 2011-12-14 06:14:32 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 70 | 96.254.197.237 | 2011-11-05 13:19:48 -0400 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 71 | 96.254.197.98 | 2011-12-07 14:14:16 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 72 | 96.254.57.230 | 2011-11-06 01:52:35 -0400 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 73 | 96.254.81.110 | 2011-12-10 21:33:24 -0500 | Verizon Internet Services | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 74 | 97.100.97.133 | 2011-10-25 05:00:25 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 75 | 97.101.104.21 | 2011-11-25 21:21:08 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 76 | 97.101.152.57 | 2011-11-06 23:59:29 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 77 | 97.101.154.242 | 2011-10-27 20:05:54 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 78 | 97.101.154.76 | 2011-12-06 22:09:28 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 79 | 97.101.205.204 | 2011-12-09 14:54:33 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 80 | 97.102.234.184 | 2011-11-14 08:14:25 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 81 | 97.102.245.110 | 2011-12-04 23:00:12 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 82 | 97.102.246.1 | 2011-11-12 21:13:22 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 83 | 97.102.246.161 | 2011-10-10 01:59:58 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 84 | 97.102.246.186 | 2011-12-09 15:08:59 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 85 | 97.102.253.58 | 2011-11-11 15:58:50 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 86 | 97.102.95.45 | 2011-10-18 23:59:36 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 87 | 97.104.170.88 | 2011-10-30 13:10:59 -0400 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 88 | 97.104.173.162 | 2011-11-30 21:29:37 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 89 | 97.104.234.255 | 2011-12-02 16:53:01 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 90 | 97.97.186.104 | 2011-11-24 12:49:34 -0500 | Road Runner | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 91 | 98.183.19.194 | 2011-12-13 19:37:59 -0500 | COX COMMUNICATIONS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 92 | 98.183.39.116 | 2011-11-26 16:24:25 -0500 | COX COMMUNICATIONS | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 93 | 98.203.70.187 | 2011-10-28 20:44:11 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 94 | 98.208.248.77 | 2011-10-27 15:10:21 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 95 | 98.231.107.214 | 2011-10-16 14:29:24 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 96 | 98.249.150.249 | 2011-10-11 22:59:51 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |
| Doe 97 | 98.254.75.247 | 2011-10-23 23:29:09 -0400 | Comcast Cable | BitTorrent | 0b05168373f6f7caa04a8721919a82958834abf4 |