| Defendant | Internet Protocol Address (IP) | Case State | Case Country |
|---|---|---|---|
| Doe 1 | 108.33.58.219 | Florida | United States |
| Doe 2 | 108.33.67.43 | Florida | United States |
| Doe 3 | 108.9.217.167 | Florida | United States |
| Doe 4 | 173.103.175.90 | Florida | United States |
| Doe 5 | 173.168.105.171 | Florida | United States |
| Doe 6 | 173.168.79.227 | Florida | United States |
| Doe 7 | 173.170.134.1 | Florida | United States |
| Doe 8 | 173.170.177.146 | Florida | United States |
| Doe 9 | 173.171.10.182 | Florida | United States |
| Doe 10 | 173.171.32.185 | Florida | United States |
| Doe 11 | 173.171.4.40 | Florida | United States |
| Doe 12 | 173.6.84.184 | Florida | United States |
| Doe 13 | 173.65.102.20 | Florida | United States |
| Doe 14 | 173.65.195.139 | Florida | United States |
| Doe 15 | 173.65.195.236 | Florida | United States |
| Doe 16 | 173.78.214.154 | Florida | United States |
| Doe 17 | 173.78.53.73 | Florida | United States |
| Doe 18 | 174.48.118.104 | Florida | United States |
| Doe 19 | 184.246.209.133 | Florida | United States |
| Doe 20 | 184.88.149.37 | Florida | United States |
| Doe 21 | 184.88.228.149 | Florida | United States |
| Doe 22 | 184.91.194.3 | Florida | United States |
| Doe 23 | 184.91.67.220 | Florida | United States |
| Doe 24 | 216.186.132.167 | Florida | United States |
| Doe 25 | 24.26.10.84 | Florida | United States |
| Doe 26 | 24.26.74.35 | Florida | United States |
| Doe 27 | 24.92.9.31 | Florida | United States |
| Doe 28 | 24.96.199.197 | Florida | United States |
| Doe 29 | 65.32.212.139 | Florida | United States |
| Doe 30 | 66.176.224.37 | Florida | United States |
| Doe 31 | 66.229.16.239 | Florida | United States |
| Doe 32 | 67.78.144.14 | Florida | United States |
| Doe 33 | 67.8.135.36 | Florida | United States |
| Doe 34 | 67.8.15.126 | Florida | United States |
| Doe 35 | 68.1.43.140 | Florida | United States |

| | | | |
|---|---|---|---|
| Doe 36 | 68.202.109.134 | Florida | United States |
| Doe 37 | 68.42.50.42 | Florida | United States |
| Doe 38 | 69.73.42.98 | Florida | United States |
| Doe 39 | 70.10.233.22 | Florida | United States |
| Doe 40 | 70.119.152.225 | Florida | United States |
| Doe 41 | 70.119.205.143 | Florida | United States |
| Doe 42 | 70.126.113.33 | Florida | United States |
| Doe 43 | 70.126.158.73 | Florida | United States |
| Doe 44 | 70.126.220.162 | Florida | United States |
| Doe 45 | 71.100.143.67 | Florida | United States |
| Doe 46 | 71.180.163.78 | Florida | United States |
| Doe 47 | 71.196.80.42 | Florida | United States |
| Doe 48 | 71.43.105.4 | Florida | United States |
| Doe 49 | 72.184.198.134 | Florida | United States |
| Doe 50 | 72.185.159.214 | Florida | United States |
| Doe 51 | 72.185.222.231 | Florida | United States |
| Doe 52 | 72.187.193.9 | Florida | United States |
| Doe 53 | 72.189.204.234 | Florida | United States |
| Doe 54 | 72.205.216.32 | Florida | United States |
| Doe 55 | 72.213.203.192 | Florida | United States |
| Doe 56 | 72.91.3.47 | Florida | United States |
| Doe 57 | 75.202.33.50 | Florida | United States |
| Doe 58 | 76.106.128.249 | Florida | United States |
| Doe 59 | 76.106.153.207 | Florida | United States |
| Doe 60 | 76.108.14.27 | Florida | United States |

| Doe 61 | 76.109.102.162 | Florida | United States |
| --- | --- | --- | --- |
| Doe 62 | 76.109.152.79 | Florida | United States |
| Doe 63 | 76.110.24.248 | Florida | United States |
| Doe 64 | 76.26.41.79 | Florida | United States |
| Doe 65 | 76.73.222.155 | Florida | United States |
| Doe 66 | 96.228.179.24 | Florida | United States |
| Doe 67 | 96.243.197.40 | Florida | United States |
| Doe 68 | 96.252.128.128 | Florida | United States |
| Doe 69 | 96.254.195.219 | Florida | United States |
| Doe 70 | 96.254.197.237 | Florida | United States |
| Doe 71 | 96.254.197.98 | Florida | United States |
| Doe 72 | 96.254.57.230 | Florida | United States |
| Doe 73 | 96.254.81.110 | Florida | United States |
| Doe 74 | 97.100.97.133 | Florida | United States |
| Doe 75 | 97.101.104.21 | Florida | United States |
| Doe 76 | 97.101.152.57 | Florida | United States |
| Doe 77 | 97.101.154.242 | Florida | United States |
| Doe 78 | 97.101.154.76 | Florida | United States |
| Doe 79 | 97.101.205.204 | Florida | United States |
| Doe 80 | 97.102.234.184 | Florida | United States |
| Doe 81 | 97.102.245.110 | Florida | United States |
| Doe 82 | 97.102.246.1 | Florida | United States |
| Doe 83 | 97.102.246.161 | Florida | United States |
| Doe 84 | 97.102.246.186 | Florida | United States |
| Doe 85 | 97.102.253.58 | Florida | United States |

| Doe 86 | 97.102.95.45 | Florida | United States |
| Doe 87 | 97.104.170.88 | Florida | United States |
| Doe 88 | 97.104.173.162 | Florida | United States |
| Doe 89 | 97.104.234.255 | Florida | United States |
| Doe 90 | 97.97.186.104 | Florida | United States |
| Doe 91 | 98.183.19.194 | Florida | United States |
| Doe 92 | 98.183.39.116 | Florida | United States |
| Doe 93 | 98.203.70.187 | Florida | United States |
| Doe 94 | 98.208.248.77 | Florida | United States |
| Doe 95 | 98.231.107.214 | Florida | United States |
| Doe 96 | 98.249.150.249 | Florida | United States |
| Doe 97 | 98.254.75.247 | Florida | United States |