UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SBO PICTURES, INC.,

    Plaintiff,

v.

                                                        CASE NO.  4:12-cv-26/RS-WCS

DOES 1 – 97

    Defendants.

_____ /

## ORDER

Before me is Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (Doc. 3).

**IT IS ORDERED:**

1. Plaintiff's Motion (Doc. 3) is **GRANTED**.

2. Plaintiff is allowed to conduct immediate discovery on the Internet Service Providers listed in Exhibit A to the Complaint with a subpoena under Federal Rule of Civil Procedure 45 seeking information sufficient to identify each Doe defendant, including name, current and permanent address, telephone number, e-mail address, and Media Access Control (MAC) Address.

3. Plaintiff may serve a Rule 45 subpoena upon any intermediary Internet Service Provider that may be identified in response to a subpoena as providing internet services to one or more of the Doe defendants.

4. Plaintiff shall be responsible for any costs that the Internet Service Providers charge for researching the Doe defendants.

5. If and when an Internet Service Provider is served with a subpoena, the Provider shall give written notice, which may include e-mail notice, to any affected subscribers within five business days, and such notice shall inform the subscribers of their right to challenge the subpoena in this Court.

6. If the Internet Service Provider and/or any Defendant wishes to modify or quash a subpoena, such party must do so before the return date of the subpoena, which shall be thirty (30) days from the date of service.

7. Subpoenas authorized by this Order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551. In particular, 47 U.S.C. § 551(c)(2)(B) provides as follows:

> "(c) Disclosure of personally identifiable information
> ***
> "(2) A cable operator may disclose such information if the disclosure is—
> ***
> "(B) subject to subsection (h) [relating to disclosures to governmental agencies] of this section, made pursuant to a court order authorizing such disclosure, if the subscriber is notified of such order by the person to whom the order is directed . . . ."

8. The Internet Service Provider shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash.

9. Plaintiff shall provide each subpoenaed Internet Service provider with a copy of this Order.

**ORDERED** on January 23, 2012.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**